UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENGI AHMED KAMEL and AHMED MOHAMED KAMEL ABOSAMAK,<br><br>                Plaintiffs,<br><br>-against-<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES et al.,<br><br>                Defendants. | 23-cv-10490 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

By **July 14, 2025**, the parties shall each submit a letter of no more than two pages addressing the relevance, if any, of the Second Circuit's decision in *Xia v. Bondi*, 137 F.4th 85 (2d Cir. 2025), to defendants' pending motion to dismiss.

SO ORDERED.

Dated: July 9, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge