**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ENGI AHMED KAMEL and AHMED
MOHAMED KAMEL ABOSAMAK,

                     Plaintiffs,

     -against-                              23 **CIVIL** 10490 (AS)

                                                **<u>JUDGMENT</u>**

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, UR JADDOU, and
ALEJANDRO MAYORKAS,

                     Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 1, 2025, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       August 1, 2025

                                                      **TAMMI M. HELLWIG**

                                                     **Clerk of Court**

                               **BY:** _____

                                         **Deputy Clerk**